IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COURTNEY BOYD, #208921,           )
                                  )
          Plaintiff,              )
                                  )
v.                                )     CIV. ACT. NO.  2:08cv650-TMH
                                  )
NURSE MASSEY, *et al.*,           )
                                  )
          Defendants.             )

**ORDER**

On March 5, 2010, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. # 61).  Upon an independent review of the file

in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that the

motion  for preliminary injunction (doc. # 57) be and is hereby DENIED.  It is further

ORDERED that this case be and is hereby REFERRED BACK to the Magistrate

Judge for further proceedings.

Done this the 6th day of April, 2010.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE