IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921 ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:08-cv-650-TMH |
| ) | WO |
| NURSE MASSEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #72) to the Recommendation of the Magistrate Judge filed on September 2, 2011 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #69) filed on July 11, 2011 is adopted;

3. The defendants' motions for summary judgment are GRANTED and this case is dismissed with prejudice.

4. The costs of this proceeding are taxed against the plaintiff.

DONE this the 8th day of September, 2011.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE