IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921       )<br>    )<br>    Plaintiff,    )<br>v.    )<br>    )<br>NURSE MASSEY, *et al.*,    )<br>    )<br>    Defendants.    ) | CASE NO.  2:08-cv-650-TMH<br>WO |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff, that this action is dismissed with prejudice and costs are taxed against the plaintiff.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 8th day of September, 2011.

           /s/ Truman M. Hobbs         
SENIOR UNITED STATES DISTRICT JUDGE